**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN E. ABRAHAM, SB# 172054
E-Mail: Stephen.Abraham@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Los Angeles, California 90071
Telephone: 714.668.5562
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. PIERCE, SB# 210539
E-Mail: Amy. Pierce@lewisbrisbois.com
2020 W. El Camino Ave. Ste. 700
Sacramento, California 92626
Telephone: 916.646.8210

Attorneys for Defendants O'REILLY AUTO ENTERPRISES, LLC and KIRSCHBAUM PROPERTIES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM GHADIRI,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO PARTS, a business entity; O'REILLY AUTO ENTERPRISES, LLC, a California limited liability company; KIRSCHBAUM PROPERTIES LLC, a California limited liability company,<br><br>*Defendants*. | Case No. 3:20-cv-01796-RS<br><br>**DEFENDANT KIRSCHBAUM PROPERTIES LLC'S NOTICE OF JOINDER IN DEFENDANT O'REILLY AUTO ENTERPRISES, LLC'S MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), AND 28 USC §1367(a) AND/OR §1367(c)**<br><br>**[DOC. 13]**<br><br>Honorable Richard Seeborg<br><br>Date: Thursday, July 30, 2020<br><br>Time: 1:30 p.m. |

/ / /

Defendant KIRSCHBAUM PROPERTIES LLC ("**Kirschbaum**"), by and through its undersigned counsel of record, hereby joins in the Motion to Dismiss filed by co-defendant O'REILLY AUTO ENTERPRISES, LLC ("**O'Reilly**") on June 29, 2020 (Doc 13) with respect to the argument and legal authorities (Doc 13-1) establishing that dismissal of Plaintiff's federal claim is proper pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(1) on the grounds that the Court lacks subject matter jurisdiction; and dismissal of Plaintiff's state claim is proper pursuant to FRCP 12(b)(1), 12(h)(3), and 28 USC §1367(a) and/or (c).

That argument with supporting legal authorities is contained in O'Reilly's memorandum of points and authorities filed in support of the motion to dismiss. (Doc. 13-1).

The complaint (Doc. 1) targets a single property located at 2396 East 14th Street, San Leandro, CA 94577. (Doc. 1 at ¶2). O'Reilly is alleged to be the operator of a business on that property. (*Id.* at ¶3). Kirschbaum is alleged to be the owner of the property and improvements thereon. (*Id.* at ¶4).

The grounds upon which the motion is brought – mootness of the Federal ADA Claim and grounds for denying exercise of Supplemental Jurisdiction over the state claims – applies equally to Kirschbaum.

Dated: July 3, 2020 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Stephen E. Abraham
Stephen E. Abraham
Attorneys for Defendants O'REILLY AUTO ENTERPRISES, LLC and KIRSCHBAUM PROPERTIES LLC

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

# FEDERAL COURT PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Los Angeles, California 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 3, 2020, I served the following document(s): DEFENDANT KIRSCHBAUM PROPERTIES LLC'S NOTICE OF JOINDER IN DEFENDANT O'REILLY AUTO ENTERPRISES, LLC'S MOTION TO (A) DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(b)(1); AND (B) TO DISMISS STATE CLAIMS PURSUANT TO FRCP 12(b)(1), 12(h)(3), AND 28 USC §1367(a) AND/OR §1367(c)

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Joseph Bakhos<br>17221 E. 17th Street, Suite #F<br>Santa Ana, CA 92705<br>(714) 617-5868<br>jbakhoslaw@yahoo.com | Attorneys for Plaintiff<br>Adam Ghadiri |

The documents were served by the following means:

☒ **e-Filing via ECF pursuant to Court order**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 3, 2020, at Costa Mesa, California.

/s/ Stephen E. Abraham