**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM GHADIRI,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO PARTS, a business entity; O'REILLY AUTO ENTERPRISES, LLC, a California limited liability company; KIRSCHBAUM PROPERTIES LLC, a California limited liability company,<br><br>Defendants | Case No.: 3:20-CV-01796-RS<br><br>**DECLARATION OF ADAM GHADIRI IN RESPONSE TO DEFENDANTS MOTION TO DISMISS** |

I, ADAM GHADIRI, hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following statements are true and correct:

I am the Plaintiff in this case and I have personal knowledge of the matters stated in this declaration.

I went to O'REILLY AUTO PARTS in or about March 2019 to purchase items. When entering the parking lot, I noticed there was an area for handicap parking but the paint was faded and there were no signs; the parking lot was in violation of the Americans with Disabilities Act (ADA).

This Declaration is being submitted in support of my response to Defendants Motion for Dismissal filed by Defendants O'REILLY AUTO PARTS, a business entity;

O'REILLY AUTO ENTERPRISES, LLC, a California limited liability company; KIRSCHBAUM PROPERTIES LLC, a California limited liability company, ("Defendants").

This declaration is based on the attached supporting declaration(s), Exhibits, the memorandum of points and authorities, and on such other oral or written evidence as may be required.

Executed on 2020/07/09 at Santa Ana, CA.

ADAM GHADIRI