**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM GHADIRI,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO PARTS, a business entity; O'REILLY AUTO ENTERPRISES, LLC, a California limited liability company; KIRSCHBAUM PROPERTIES LLC, a California limited liability company,<br><br>Defendants | **Case No.: 3-20-CV01796-RS**<br><br>**DECLARATION OF JOSEPH BAKHOS IN RESPONSE TO DEFENDANTS MOTION TO DISMISS** |

I, JOSEPH BAKHOS, hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following statements are true and correct:

I am the Plaintiffs' counsel in this case and I have personal knowledge of the matters stated in this declaration.

This Declaration is being submitted in support of this response to Defendants Motion to dismiss filed by Defendants O'REILLY AUTO PARTS, a business entity; O'REILLY AUTO ENTERPRISES, LLC, a California limited liability company; KIRSCHBAUM PROPERTIES LLC, a California limited liability company, ("Defendants").

Defendants emailed me on June 22 with photos of the front of the parking lot with fresh paint and signage. I had no way of authenticating the photos through the email. It is my contention that since defendants allows the parking lot to enter a state of disrepair due to their inaction, it is reasonable that the parking lot will again enter a state of disrepair and again be in violation of the ADA. Therefore it is my contention that this lawsuit is not moot.

This declaration is based on the attached supporting declaration(s), the memorandum of points and authorities, Exhibits, and on such other oral or written evidence as may be required.

Executed on 7/9/20 at Santa Ana, CA.

JOSEPH BAKHOS, Esq.