**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM GHADIRI,<br><br>Plaintiff,<br><br>vs.<br><br>O'REILLY AUTO PARTS, a business entity; O'REILLY AUTO ENTERPRISES, LLC, a California limited liability company; KIRSCHBAUM PROPERTIES LLC, a California limited liability company,<br><br>Defendants | **CASE NO.: 3:20-CV-01796-RS**<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS MOTION TO DISMISS**<br><br>HONORABLE RICHARD SEEBORG<br><br>DATE: THURSDAY, JULY 30, 2020<br><br>TIME: 1:30 P.M. |

This action came on for hearing before the Court, HONORABLE RICHARD SEEBORG, presiding, and the issues having been duly heard and a decision having been duly rendered. Plaintiff ADAM GHADIRI's response came on hearing on July 9, 2020, at 1:30p.m. in the above titled Court.

//

//

//

//

//

//

//

//

After considering the papers, the evidence, and the arguments of counsel, the Court **ORDERS** as follows:

Defendants motion for dismissal is **DENIED** in its entirety.

**IT IS SO ORDERED**

Dated at______________, this ______ day of ________________of 2020.

HONORABLE RICHARD SEEBORG