# EXHIBIT A







O'Reilly
AUTO PARTS
FREE


O'Reilly
AUTO PARTS
FREE
CHECK
ENGINE
BUY ONE, GET ONE
FREE








LIGHT HELP


AUTO PARTS
FREE
FREE


FREE
FREE
FREE
CHECK
ENGINE
LIGHT HELP


CHECK ENGINE
FREE
CHECK
ENGINE
LIGHT HELP
Castrol
GTX
Castrol
GTX
MICROGARD
FREE


FREE
$15