**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN E. ABRAHAM, SB# 172054
E-Mail: Stephen.Abraham@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Los Angeles, California 90071
Telephone: 714.668.5562
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
AMY L. PIERCE, SB# 210539
E-Mail: Amy. Pierce@lewisbrisbois.com
2020 W. El Camino Ave. Ste. 700
Sacramento, California 92626
Telephone: 916.646.8210

Attorneys for Defendants O'REILLY AUTO ENTERPRISES, LLC and KIRSCHBAUM PROPERTIES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ADAM GHADIRI,

Plaintiff,

v.

O'REILLY AUTO PARTS, a business entity; O'REILLY AUTO ENTERPRISES, LLC, a California limited liability company; KIRSCHBAUM PROPERTIES LLC, a California limited liability company,

*Defendants*.

Case No. 3:20-cv-01796-RS

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF JOSEPH BAKHOS [DOC 15-2]**

Honorable Richard Seeborg

Date: Thursday, July 30, 2020

Time: 1:30 p.m.

/ / /

Defendants set forth their objections to the declaration of Joseph Bakhos as follows:

Decl. at 2:2-5 "It is my contention that since defendants allows the parking lot to enter a state of disrepair due to their inaction, it is reasonable that the parking lot will again enter a state of disrepair and again be in violation of the ADA."

Plaintiff's statement is objectionable as speculation lacking personal knowledge. Fed. R. Evid. 601, 602

Decl. at 2:5 "Therefore it is my contention that this lawsuit is not moot."

Plaintiff's opinion as to the application of law is not admissible evidence. Fed. R. Evid. 601, 602, 701

Dated: July 10, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Stephen E. Abraham
Stephen E. Abraham
Attorneys for Defendants O'REILLY AUTO ENTERPRISES, LLC and KIRSCHBAUM PROPERTIES LLC

# FEDERAL COURT PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, California. I am a member of the bar of this Court.

On July 10, 2020, I served the following document(s): DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF JOSEPH BAKHOS [DOC 15-2]

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Joseph Bakhos<br>17221 E. 17th Street, Suite #F<br>Santa Ana, CA 92705<br>(714) 617-5868<br>jbakhoslaw@yahoo.com | Attorneys for Plaintiff<br>Adam Ghadiri |

The documents were served by the following means:

☒ **e-Filing via ECF pursuant to Court order**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 10, 2020, at Costa Mesa, California.

/s/ Stephen E. Abraham

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW