UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM GHADIRI,

    Plaintiff,

v.

O'REILLY AUTO PARTS, et al.,

    Defendants.

Case No. 20-cv-01796-RS

**ORDER DISMISSING WITH PREJUDICE**

On July 27, 2020, defendants' motion to dismiss was granted. The dismissal was predicated on renovations made by defendant Auto O'Reilly Parts that rendered plaintiff's Americans with Disabilities Act claim moot. Plaintiff was given leave to amend, which he has elected not to do in the time allotted. The action is therefore dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: August 18, 2020

RICHARD SEEBORG
United States District Judge